UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 29 2019 ★

LONG ISLAND OFFICE

| | |
|---|---|
| IAN FITCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER,<br><br>Defendants. | No.: 2:19-cv-00553-SJF-AYS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Fitch v. 22nd Century Group, Inc. et al.*, 2:19-cv-00553-SJF-AYS (E.D.N.Y.), brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

WHEREAS, another action alleging substantively similar claims to those in this Action is pending in the U.S. District Court for the Eastern District of New York under style of *Bull v. 22nd Century Group, Inc. et al.*, 1:19-cv-00409-NGG-ST (the "*Bull* Action"), and the claims here will therefore be prosecuted in the *Bull* Action;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Ian Fitch hereby voluntarily dismisses this Action, without prejudice, as to all defendants.

1

Dated: May 28, 2019

Respectfully submitted,

POMERANTZ LLP

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
  ahood@pomlaw.com
  jlindenfeld@pomlaw.com

*Counsel for Plaintiff*

The case is closed.
So Ordered

s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.
5/29/19

2